IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 113-022 |
| | * | |
| ANDREW GARETH NELSON | * | |

**ORDER DIRECTING PAYMENT TO
THE REGISTRY OF THE COURT
AND TO CONTINUE SUBMISSION OF STATEMENTS**

Following the entry of the Order of January 30, 2014, Wells Fargo Bank, N.A. ("Wells Fargo") has continued to submit regular monthly statements for the Court's review. The statement covering the period from July 24, 2014 to August 22, 2014 discloses a balance in account number 1010116590383 in the amount of $6,476.77. The regular monthly deposit in the amount of $822.15 is anticipated to be made on September 1, 2014. For the reasons stated in the Order of January 30, 2014, and because on April 29, 2014, the Defendant herein was ordered to pay a fine to the United States of America in the amount of $25,000.00, and further ordered to pay a special assessment to the United States of America in the amount of $200.00, it is appropriate to require the custodian of such funds, Wells Fargo to pay additional monies to the registry of the Court.

Upon the foregoing **IT IS HEREBY ORDERED, ADJUDGED, AND**

**DECREED** that, from the funds presently on deposit with Wells Fargo under the name of Andrew Nelson, bank account number 1010116590383, Wells Fargo shall forthwith draft said account and issue and send its check in the amount of $5,500.00 payable to the <u>Clerk, United States District Court, at Post Office Pox 1130, Augusta, Georgia, 30903</u>. The Clerk shall retain said funds in the registry of the Court until further order of this Court.

**IT IS FURTHER ORDERED** that the bank account shall otherwise remain open yet frozen with no disbursements except as ordered by this Court. (<u>See</u> Order of July 31, 2013, doc. no. 38, and Order of January 30, 2014, doc. no. 94.) Wells Fargo shall continue to provide regular monthly statements to the Clerk as ordered heretofore. The monthly statements shall be sent by mail to the following address: <u>Clerk, United States District Court, Post Office Box 1130, Augusta, Georgia, 30903</u>.

**IT IS FURTHER ORDERED** that the United States Marshals Service is hereby authorized and directed to serve a true copy of this Order upon Susan Hunnicutt, the CSRA Market President of Wells Fargo Bank, N.A., at Wells Fargo Bank, 3645 Wheeler Road, Augusta, Georgia, 30909, as soon as practicable.

**ORDER ENTERED** at Savannah, Georgia, this 2nd day of September, 2014.

*[Signature]*
UNITED STATES DISTRICT JUDGE