IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | |
| Plaintiff ) | |
| vs. ) | CASE NUMBER: CR1:13-32 |
| ANDREW GARETH NELSON, ) | |
| Defendant ) | |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that _____Wells Fargo Bank, N.A._____ has deposited with the Court the sum of $ __5,500.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __5th__ day of __September__, __2014__, by Order of this Court.

SCOTT L. POFF, CLERK

By: _____
Deputy Clerk

(Rev. 9/02)

Court Name: Southern District of Georgia
Division: 1
Receipt Number: AUG016946
Cashier ID: tburton
Transaction Date: 09/05/2014
Payer Name: SUSAN MICHAELS

---

CRIMINAL DEBT
For: ANDREW GARETH NELSON
Case/Party: D-GAS-1-13-CR-000032-001
Amount:       $5,500.00

---

CHECK
Check/Money Order Num: 6700200632
Amt Tendered: $5,500.00

---

Total Due:       $5,500.00
Total Tendered:  $5,500.00
Change Amt:      $0.00

---

**CASHIER'S CHECK**

6700200632

0067002
Office AU #
Operator I.D.: usnb0761
11-24
1210(08)
usnb0761

PAY TO THE ORDER OF
***CLERK, UNITED STATES DISTRICT COURT***
***AT P.O. BOX 1130 AUGUSTA, GA 30903***

***Five thousand five hundred dollars and no cents***

September 05, 2014

**$5,500.00**

WELLS FARGO BANK, N.A.
3645 WHEELER RD
AUGUSTA, GA 30909
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 5,500.00

Richard Kerry
CONTROLLER

⑆6700200632⑆ ⑈121000248⑈486⑈ 51330 7⑈

Security Features Included. Details on Back.